**NORTON ROSE FULBRIGHT**

September 13, 2016

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
United States

*Via Electronic Case Filing*

Honorable Ronald L. Ellis
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Brett C. Govett**
Partner
Direct line +1 214 855 8118
brett.govett@nortonrosefulbright.com

Tel +1 214 855 8000
Fax +1 214 855 8200
nortonrosefulbright.com

RE: *Windstream Services LLC, v. BMG Rights Management (US) LLC and Rightscorp, Inc., In the United States District Court Southern District of New York; Case No. 1:16-cv-5015*

Dear Magistrate Judge Ellis:

I represent Plaintiff Windstream Services, LLC ("Windstream") in the above-referenced matter, which was referred to Your Honor for general pre-trial matters by Judge Analisa Torres on August 17, 2016. (ECF No. 17). Pursuant to Rule I.E of Your Honor's Individual Practices, I write to request an adjournment of the initial pre-trial conference, which is currently scheduled for Wednesday, September 21, 2016, at 10:30 a.m. Windstream seeks this request because I, one of the lead attorneys in this case, will be in trial for another matter starting September 20, 2016, and will therefore be unavailable to attend the September 21 pre-trial conference.

This is Windstream's second adjournment request. Judge Torres granted Windstream's first request to adjourn the pre-trial conference originally scheduled for August 25, 2016.

Counsel for Defendant BMG Rights Management (US) indicated that BMG does not oppose this adjournment request, and Defendant Rightscorp, Inc. has not answered or otherwise appeared in this case. Counsel for BMG and I propose that the pre-trial conference be rescheduled for one of the following dates: October 25, October 26, or October 27, 2016.

Please let me know if you have any questions or need additional information. Thank you.

Respectfully submitted,

Brett C. Govett

cc: John M. Caracappa (Via Email: jcaracappa@steptoe.com)
Michael Allan (Via Email: mallan@steptoe.com)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Christopher Sabec (Via Email: cjsabec@rightscorp.com)
3100 Donald Douglas Loop North
Santa Monica, CA 90405

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

27526689.2