UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDSTREAM SERVICES, LLC,<br><br>                         Plaintiff,<br><br>– against –<br><br>BMG RIGHTS MANAGEMENT (US) LLC and RIGHTSCORP, INC.,<br><br>                         Defendants. | Civil Action No. 16-cv-5015-AT-RLE<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Michael J. Allan, and all prior pleadings and proceedings herein, Defendants BMG Rights Management (US) LLC and Rightscorp, Inc., by and through their counsel, will move this Court before the Honorable Analisa Torres, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint of Plaintiff Windstream Services, LLC with prejudice, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 4, 2016

**STEPTOE & JOHNSON LLP**

By: /s/ Michael J. Allan
Michael J. Allan
Jeffrey M. Theodore (admitted *pro hac vice* as to Defendant BMG Rights Management (US) LLC; application to appear *pro hac vice* on behalf of Defendant Rightscorp, Inc. to be submitted)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Email: mallan@steptoe.com

-2-

        Evan Glassman
        STEPTOE & JOHNSON LLP
        1114 Avenue of the Americas
        New York, NY 10036
        Tel: (212) 506-3900
        Email: eglassman@steptoe.com

        *Counsel for Defendants*

To:    Brett C. Govett
       Stephen L. Meyers
       Norton Rose Fulbright US LLP
       2200 Ross Avenue, Suite 3600
       Dallas, Texas 75201

       Judith A. Archer
       Norton Rose Fulbright US LLP
       666 Fifth Avenue
       New York, New York 10103

       *Counsel for Plaintiff*